# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00008-CV

**Texas Allergy, Asthma and Immunology Society; Stuart L. Abramson, M.D., Ph.D.; Wesley Stafford M.D.; Theodore M. Freeman, M.D.; and William R. McKenna, M.D., Appellants**

**v.**

**United Biologics, LLC d/b/a United Allergy Labs, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. D-1-GN-11-002421, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss this appeal. Appellants state that the parties have reached an agreement and have settled all matters in this case. Accordingly, we grant appellants' motion and dismiss this cause. *See* Tex. R. App. P. 42.1(a)(1).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed on Appellant's Motion

Filed: April 11, 2013